# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| **DEMONT RAMSEURE** and **JARMAR PAUL**, on behalf of themselves and all other similarly situated persons,<br><br>Plaintiffs,<br><br>v.<br><br>CHRISTINE M. FONTANA COMPANIES, LLC, AVIS BUDGET CAR RENTAL, LLC, and BUDGET RENT A CAR SYSTEM, INC.,<br><br>Defendants. | Civil No. 1:20-cv-27 |

## NOTICE OF ACCEPTANCE OF OFFER OF JUDGMENT

PLEASE TAKE NOTICE, that Plaintiffs, DEMONT RAMSEURE and JARMAR PAUL, accept the Offer of Judgment served by Defendants on March 24, 2021, allowing Plaintiffs to take Judgment against Defendant, CHRISTINE M. FONTANA COMPANIES, LLC, in the amount of SEVENTEEN-THOUSAND-FIVE-HUNDRED Dollars ($17,500.00). Plaintiff further stipulates that the Court may forthwith enter the Order in the Form attached to the Defendant's Offer of Judgment.

Date: March 30, 2021
      Buffalo, New York

By: /s/ Samuel A. Alba
Samuel A. Alba, Esq.
Attorney for the Plaintiffs