Judgment in a Civil Case

United States District Court
WESTERN DISTRICT OF NEW YORK

Demont Ramseure and Jarmar Paul              **JUDGMENT IN A CIVIL CASE**
                                             CASE NUMBER: 20-CV-27
        v.

Christine M. Fontana Companies, LLC

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came before the Court.  The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of the plaintiffs Demont Ramseure and Jarmar Paul against defendant Christine M. Fontana Companies, in the amount of $17,500.00.  Defendants Avis Budget Rental Car, LLC and Budget Rent A. Car Systems, Inc. are dismissed with prejudice from this action.

Date: March 31, 2021                         MARY C. LOEWENGUTH
                                             CLERK OF COURT

                                             By: Barbara Keenan
                                                 Deputy Clerk